No. 296. Anselmo v. Connecticut (Represented by Cox, Highway Commissioner). Supreme Court of Errors of Connecticut. Certiorari denied. *William J. Galvin, Jr.* for petitioner.

No. 305. Galion Metallic Vault Co. v. Edward G. Budd Manufacturing Co. C. A. 3d Cir. Certiorari denied. *H. A. Toulmin, Jr., Clayton E. Crafts* and *H. H. Brown* for petitioner. *Charles H. Howson* and *Dexter N. Shaw* for respondent.

No. 306. Barnes-Manley Wet Wash Laundry Co. et al. v. Automobile Insurance Co. C. A. 10th Cir. Certiorari denied. *William E. Leahy* and *William J. Hughes, Jr.* for petitioners.

No. 308. Associated Telephone & Telegraph Co. et al. v. Federal Telephone & Radio Corp. C. A. 3d Cir. Certiorari denied. *Casper W. Ooms, Harry B. Sutter* and *Charles M. Candy* for petitioners. *Paul Kolisch, Walter A. Darby* and *Edward D. Phinney* for respondent.

No. 309. York Corporation v. Refrigeration Engineering, Inc. C. A. 9th Cir. Certiorari denied. *Alexander C. Neave* and *Clarence D. Kerr* for petitioner. *Leonard S. Lyon* for respondent.

No. 310. American Barge Line Co. v. Murphy. C. A. 3d Cir. Certiorari denied. *Frederick L. Leckie* for petitioner.

No. 314. United States v. Cal-Bay Corporation et al. C. A. 9th Cir. Certiorari denied. *Solicitor General*

*Perlman* for the United States. *A. J. Scampini* and *Walter E. Hettman* for respondents.

No. 315. CHAPMAN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Earl A. Brown* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *George S. Swarth* for the United States.

No. 338. GROSS INCOME TAX DIVISION *v.* STRAUSS. Supreme Court of Indiana. Certiorari denied. *Cleon H. Foust,* Attorney General of Indiana, and *John J. McShane,* Deputy Attorney General, for petitioner. *Donald R. Mote* for respondent.

No. 339. GROSS INCOME TAX DIVISION *v.* QUICK. Supreme Court of Indiana. Certiorari denied. *Cleon H. Foust,* Attorney General of Indiana, and *John J. McShane,* Deputy Attorney General, for petitioner. *Albert Harvey Cole* for respondent.

No. 342. ARSTEIN ET AL. *v.* ROBERT REIS & Co. Supreme Court of New York, New York County. Certiorari denied. *Lloyd B. Kanter* for petitioners. *Ethelbert Warfield* for respondent.

No. 344. KESSLER *v.* McGLONE, EXECUTOR, ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. *Marcus Borchardt* for petitioner. *John A. K. Donovan* and *Cornelius H. Doherty* for respondents.